No. 306. MALONEY *v.* MISSOURI. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 326. KING *v.* WEBB, SUPERINTENDENT. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Washington denied.

No. 328. TRESIZE *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 333. SIMPSON *v.* NIERSTHEIMER, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 356. McCONNELL *v.* INDIANA. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 357. STEFFLER *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Fred Steffler, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Miss Doris R. Williamson* for the United States.

No. 364. ROZEA *v.* NEW YORK. October 9, 1944. Petition for writ of certiorari to the Supreme Court of New York denied.